Case 3:19-cv-00473-REP Document 1-2 Filed 06/26/19 Page 1 of 5 PageID# 7



# Notice of Service of Process

null / ALL
Transmittal Number: 19879610
Date Processed: 05/31/2019

| | |
|---|---|
| **Primary Contact:** | George Villasana<br>Asbury Automotive Group<br>2905 Premiere Parkway<br>Ste 300<br>Duluth, GA 30097-5240 |
| **Electronic copy provided to:** | Vivian Henderson<br>Dean Calloway |
| **Entity:** | Asbury Automotive North Carolina L.L.C.<br>Entity ID Number 3184848 |
| **Entity Served:** | Asbury Automotive North Carolina, L.L.C. |
| **Title of Action:** | Cindy Farnor vs. Harsheth Uma Shankar |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Richmond City Circuit Court, VA |
| **Case/Reference No:** | 760CL19002597-00 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 05/29/2019 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Courtnet A Van Winkle<br>804-353-1200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

3



# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219

Summons

To: ASBURY AUTOMOTIVE NORTH
CAROLINA, L.L.C.
SERVE: CORPORATION SERVICE
COMPANY, REGISTERED AGENT
100 SHOCKOE SLIP, SECOND FLOOR
RICHMOND VA 23219

Case No. 760CL19002597-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, May 17, 2019

Clerk of Court: EDWARD F JEWETT

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: VAN WINKLE, COURTNEY A
1809 STAPLES MILL ROAD
RICHMOND VA 23230
804.353.1200

4

**VIRGINIA:**

**IN THE CIRCUIT COURT OF THE CITY OF RICHMOND**

**CASE NO. _____**

CINDY FARNOR                                                                                           PLAINTIFF,

v.

HARSHETH UMA SHANKAR
830 W. Grace Street, Apartment 5106B
Richmond, VA 23220

CROWN RIB L.L.C.
Serve: Corporation Service Company, Registered Agent
      100 Shockoe Slip, 2nd Floor
      Richmond, VA 23219

and

ASBURY AUTOMOTIVE NORTH CAROLINA L.L.C.
Serve: Corporation Service Company, Registered Agent
      100 Shockoe Slip, 2nd Floor
      Richmond, VA 23219                                              DEFENDANTS.

**COMPLAINT**

1. On or about July 10, 2017, plaintiff was a passenger in a Toyota vehicle operated by David Farnor in a northerly direction on Huguenot Road near Scherer Drive in Chesterfield County, Virginia.

2. At that time and place, defendant Harsheth Uma Shankar was operating a BMW vehicle in a northerly direction on Huguenot Road, behind the plaintiff's vehicle.

5

3. At that time and place, plaintiff's driver was stopped for traffic ahead of him.

4. At that time and place, the BMW vehicle crashed into the rear of the plaintiff's vehicle.

5. The defendant Harsheth Uma Shankar was at that time an agent, servant and/or employee of defendant Crown RIB L.L.C.

6. The defendant Harsheth Uma Shankar was then and there acting within the course and scope of his agency and/or employment with defendant Crown RIB L.L.C.

7. The defendant Harsheth Uma Shankar was at that time an agent, servant and/or employee of defendant Asbury Automotive North Carolina L.L.C.

8. The defendant Harsheth Uma Shankar was then and there acting within the course and scope of his agency and/or employment with defendant Asbury Automotive North Carolina L.L.C.

9. The above-described collision was directly and proximately caused by carelessness, recklessness and negligence in the operation of the BMW vehicle by the defendants.

10. As a proximate result of the above-described collision, plaintiff was caused to suffer serious and permanent injuries; has suffered and will suffer in the future pain of body and mind; has incurred and will incur in the future medical and related expenses; and has been deprived of earnings and earning capacity.

WHEREFORE, plaintiff demands judgment against the defendants, jointly and severally, in the sum of THREE HUNDRED FIFTY THOUSAND DOLLARS ($350,000.00), plus pre-judgment and post-judgment interest and costs.

Trial by jury is demanded.

CINDY FARNOR

BY: *[signature: Courtney Van Winkle]*

COURTNEY A. VAN WINKLE
VSB No. 31639
Courtney.VanWinkle@AllenandAllen.com
D. BRADLEY KENT
VSB No. 89318
Bradley.Kent@AllenandAllen.com
Allen, Allen, Allen & Allen
1809 Staples Mill Road
P. O. Box 6855
Richmond, VA 23230
(804) 359-9151
(804) 257-7599 (facsimile)
Attorneys for Plaintiff

7